IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Spataro, Individually and on Behalf of all others similarly situated,<br><br>                Plaintiffs<br><br>    v.<br><br>Government Employers Insurance Company, GEICO Casualty Company, GEICO Indemnity Company, GEICO General Insurance Company,<br><br>                Defendants | Case No. 13-CV-05020-JS-ARL<br><br>**NOTICE OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE** |

To:    Andrew P. Bell, Esquire
         Locks Law Firm
         747 Third Avenue, 37th Floor
         New York, New York 10017

         *Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before the Honorable Joanna Seybert at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Shawe Rosenthal, LLP and a member in good standing of the Bar of the State of Maryland, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendants. There are no pending disciplinary proceedings against me in any State or Federal Court.

November 21, 2013                    Respectfully submitted,

_____
Eric Hemmendinger
Shawe Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201
410-752-1040
eh@shawe.com


Local Counsel:
Barry I. Levy, Esquire
Rivkin Radler, LLP
926 RXR Plaza
Uniondale, NY 11556
(516) 347-3000
Barry.Levy@rivkin.com